IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:25-cv-812-RAH-JTA |
| | ) | |
| REHABILITATION HOSPITAL OF | ) | |
| PHENIX CITY, AL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This case has been referred to the undersigned for further proceedings and determination or recommendation as may be appropriate. (Doc. No. 5.) For the reasons stated below, the undersigned recommends this action be dismissed without prejudice.

I.    **DISCUSSION**

On October 8, 2025, Plaintiff filed complaints both in this action and in a related action, Case No. 25-cv-811-ECM-JTA. On April 13, 2026, the undersigned ordered Plaintiff to file amended complaints with Pro Se Assistance Program ("PSAP") assistance in both cases. (Doc. No. 12; Doc. No. 9 in Case No. 25-cv-811-ECM-JTA.) Plaintiff, proceeding *pro se* and *in forma pauperis*,[1] timely filed an amended complaint with the

---

[1] The court previously advised Plaintiff of the constraints on and potential costs of proceeding *in forma pauperis* and of her responsibilities as a *pro se* litigant. (Doc. No. 9.) Despite the fact that an item the Clerk of Court sent to her by certified mail has been returned, it appears the address on file with the Clerk of Court is Plaintiff's correct address. (Doc. No. 13; Doc. No. 10 at 8 in Case No. 25-cv-811-ECM-JTA.) Plaintiff is REMINDED of her obligation to stay informed of the status of this case and to ensure she is aware of all orders and filings in the case.

assistance of a PSAP volunteer in Case No. 3:25-cv-811-ECM-JTA. (Doc. No. 10 in Case No. 25-cv-811-ECM-JTA.) Plaintiff did not file an amended complaint in this case.

The original complaint in Case No. 3:25-cv-811-ECM-JTA asserts claims that arise from the same set of operative facts as the claims asserted in Plaintiff's original complaint in this case. (*See* Doc. No. 1; Doc. No. 1 in in Case No. 3:25-cv-811-ECM-JTA.) Additionally, the amended complaint in Case No. 3:25-cv-811-ECM-JTA appears to include all claims Plaintiff asserts in this action. (*See* Doc. No. 1; Doc. No. 10 in Case No. 3:25-cv-811-ECM-JTA.)

Consequently, this action is due to be dismissed without prejudice on grounds that Plaintiff is proceeding on her claims in the first-filed action, Case No. 3:25-cv-811-ECM-JTA. *See Collegiate Licensing Co. v. Am. Cas. Co. of Reading, Pa.*, 713 F.3d 71, 78 (11th Cir. 2013) ("The first-filed rule provides that when parties have instituted competing or parallel litigation in separate courts, the court initially seized of the controversy should hear the case." ); *see also Borinquen Health Care Ctr., Inc. v. ICare RX LLC*, No. 21-20872-CIV, 2021 WL 1564462 (S.D. Fla. Apr. 21, 2021) (applying the first-filed rule in dismissing a case in favor of another action pending in the same United States District Court).

## II.    CONCLUSION

Accordingly, it is the RECOMMENDATION OF THE MAGISTRATE JUDGE that this action be dismissed without prejudice.

Additionally, because her PSAP duties are complete, the Clerk of Court is DIRECTED to terminate Attorney Lisa Lee Mancini Harden as an attorney in this case.

Further, it is ORDERED that the parties shall file any objections to this Recommendation on or before **June 5, 2026**. A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. The parties are advised that this Recommendation is not a final order of the Court; therefore, it is not appealable.

Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11TH CIR. R. 3-1; *see Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981).

DONE this 21st day of May, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE