IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:25-cv-812-RAH-JTA |
| | ) | |
| REHABILITATION HOSPITAL | ) | |
| OF PHENIX CITY AL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On May 21, 2026, the Magistrate Judged filed a Recommendation (doc. 14) that this action be dismissed without prejudice. No objections have been filed.

Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (doc. 14) is **ADOPTED**; and

2. This action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** on this the 9th day of June 2026.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE